Chris Arabia, Esq.
Nevada Bar No. 9749
**Law Offices of Chris Arabia, PC**
601 S. 10th St., Suite 107
Las Vegas, NV 89101
702.701.4391
Attorney for Defendant
Kelly Coyan

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br>KELLY COYAN,<br><br>      Defendant. | CASE No. 2:15-cr-00127-RFB<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(First Request)** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Kathryn Newman, Assistant United States Attorney, counsel for the United States of America, and Chris Arabia, counsel for Defendant Kelly Coyan, that the sentencing hearing for the above-captioned matter, currently scheduled for February 22, 2018, be vacated and continued for at least sixty (60) days. This stipulation is entered for the following reasons:

  1. Counsel for the defendant and government counsel need additional time to complete preparations to be in position to proceed to the sentencing hearing.

  2. The defendant is out of custody does not object to the continuance.

  3. The parties agree to the continuance.

1

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to complete his mitigation for sentencing purposes. This is the first request to continue sentencing date filed herein.

DATED: January 17, 2018.

| | |
|---|---|
| /s/ Chris Arabia<br>Counsel for Defendant Bass | /s/ Kathryn Newman<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>KELLY COYAN,<br><br>             Defendant. | Case No. 2:15-CR-00127-RFB-GWF<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED, that the sentencing hearing in the above-captioned matter, currently scheduled for February 22, 2018, be vacated and continued to the __3rd__ day of ____May____ at the hour of __3:00__ p.m.

DATED: January 18, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE